UNITED STATE BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:   ROBIN BARNES                                    CASE NO. 16-10649
         DEBTOR                                          CHAPTER 13

ORDER

Considering the motion to lift stay and motion to lift co-debtor stay of Business First Bank, the record of the case, applicable law, and for reasons rendered orally at the May 9, 2018 hearing,

IT IS ORDERED that the automatic stay and co-debtor stay as to Lionel Barnes are lifted in favor of Business First Bank to allow it to enforce its mortgages on the following property:

> Lot No 12 Cinquemano Subdivision, Parish of East Baton Rouge, State of Louisiana, municipal address of 6025 Clayton Street, Baton Rouge, Louisiana 70805.

Baton Rouge, Louisiana, May 10, 2018.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE