```
                    UNITED STATE BANKRUPTCY COURT
                    MIDDLE DISTRICT OF LOUISIANA
```

IN RE:   ROBIN BARNES                           CASE NO. 16-10649
         DEBTOR                                 CHAPTER 7

ORDER

Considering the motion to lift stay and motion to abandon of Business First Bank, the lack of opposition thereto, the record of the case and applicable law;

IT IS ORDERED that the automatic stay is lifted in favor of Business First Bank to enforce its mortgages in the following property:

> Lot No 12 Cinquemano Subdivision, Parish of
> East Baton Rouge, State of Louisiana.
> municipal address of 6025 Clayton Street
> Baton Rouge, La 70805.

IT IS FURTHER ORDERED that the above property is abandoned from the bankruptcy estate.

Baton Rouge, Louisiana, July 16, 2018.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE